**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7729**

_____

JOHN JOSEPH BERLIN,

Plaintiff - Appellant,

versus

EDWARD W. MURRAY; M. WATKINS; D. A. BRAXTON;
RANDALL JACKSON; GEORGE P. DOBSON; UNKNOWN
DEFENDANTS 1-100,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-95-376-R)

_____

Submitted:  May 15, 1997            Decided:  May 28, 1997

_____

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John Joseph Berlin, Appellant Pro Se.  Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Berlin, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Berlin's motion for general relief and dismiss the appeal on the reasoning of the district court. Berlin v. Murray, No. CA-95-376-R (W.D. Va. Oct. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2